F I L E D
United States Court of Appeals
Tenth Circuit

AUG 29 2000

PATRICK FISHER
Clerk

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

GARY BAXTER,

       Petitioner-Appellant,

v.

JOE WILLIAMS, Warden, Lea County
Correctional Facility; GARY
JOHNSON, Governor, State of New
Mexico; ROBERT PERRY, Secretary
of Corrections; NEW MEXICO
CORRECTIONS DEPARTMENT,
State of New Mexico; WACKENHUT
CORRECTIONS CORPORATION, a
Florida corporation; LEA COUNTY,
NEW MEXICO; ATTORNEY
GENERAL FOR THE STATE OF
NEW MEXICO,

       Respondents-Appellees.

No. 00-2202
(District of New Mexico)
(D.C. No. CIV-00-665-BB/RLP)

---

**ORDER AND JUDGMENT**[*]

---

Before **BRORBY**, **KELLY,** and **MURPHY**, Circuit Judges.

---

[*]This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata and collateral estoppel. The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

After examining the briefs and appellate record, this three-judge panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

The facts and issues in this case are identical to those in *Rael v. Williams*, No. 00-2145, 2000 WL1051845 (10th Cir. July 31, 2000). Thus, our decision is governed by the analysis and conclusions therein.

Accordingly, this court **GRANTS** a certificate of appealability and **AFFIRMS** the judgment of the district court as modified to dismiss the claim cognizable under 28 U.S.C. § 2241 with prejudice; all other claims contained in the petition are dismissed without prejudice.

ENTERED FOR THE COURT:


Michael R. Murphy
Circuit Judge